UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WANDA CHRISTIAN WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:06CV178 RWS |
| TODDAMY, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF REMAND

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **REMANDED** to the Circuit Court of St. Louis County, Missouri.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of February, 2006.